IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA,**

        Plaintiff,

vs.

**SHANE GUNN,**

        Defendant.

**Criminal No.** 15 MJ 6087

### GOVERNMENT'S MOTION TO UNSEAL COMPLAINT AND SUPPORTING AFFIDAVIT

The United States of America hereby moves this Court to direct that the Complaint, supporting Affidavit, Motion to Seal and Court's Order with respect to the Motion in this matter be unsealed. In support of this motion, the government states that the defendant was arrested on August 5, 2015 and that there is no further reason to keep the Complaint secret.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Stephen P. Heymann
Stephen P. Heymann
Assistant U.S. Attorney

Date: August 5, 2015

*Allowed by the Court /s/ Rita Lovett Deputy Clerk 8-6-15*

