Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. __15-cr-10322-PBS__ |
| | ) | |
| SHANE GUNN | ) | |

## WAIVER OF INDICTMENT

  I, Shane Gunn, the above-named defendant, who is accused of wire fraud, in violation of 18 U.S.C. § 1343, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on December 2, 2015 prosecution by indictment and consent the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer