UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 15-10322-PBS |
| | ) | |
| SHANE GUNN | ) | |

ORDER

SARIS, D.J.                                          March 24, 2016

The Court, having found that the defendant in the above-entitled matter is indigent and financially unable to pay expenses necessary for transportation to appear in the District of Massachusetts for his plea hearing, hereby ORDERS the United States Marshals Service, pursuant to 18 U.S.C. § 4285, to provide the defendant's airfare to and from Medina, Tennessee to Boston, Massachusetts on or about March 28, 2016 or as soon thereafter as is practical, and subsistence not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).

_____
UNITED STATES DISTRICT JUDGE