UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 15-10322-PBS |
| | ) | |
| SHANE GUNN | ) | |

### DEFENDANT'S MOTION FOR TRAVEL EXPENSES

Defendant, Shane Gunn, moves this Court, pursuant to 18 U.S.C. §4285, for an order directing the U.S. Marshals Service ("USMS") to provide him with funds for travel to and from his home in Tennessee in connection with his appearance in Boston for the May 5, 2016 restitution hearing in this matter. As grounds for this motion, defendant states that Gunn resides in Medina, Tennessee where he is supervised by the U.S. Pretrial Services for the Western District of Tennessee. Gunn has been declared indigent and needs logistical and financial assistance to enable him to travel between Tennessee and Boston.

Wherefore, defendant respectfully requests that this motion for travel arrangements between Boston, Massachusetts and Medina, Tennessee on be granted.

A proposed Order is attached.

[handwritten margin note: 5/3/16 allowed PBS Saris]