UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 15-10322-PBS |
| | ) | |
| SHANE GUNN | ) | |

ORDER

SARIS, CHIEF D.J.                      May 3rd, 2016

The Court, having found that the defendant in the above-entitled matter is indigent and financially unable to pay expenses necessary for transportation to appear in the District of Massachusetts for the restitution hearing in this case, hereby ORDERS the United States Marshals Service, pursuant to 18 U.S.C. § 4285, to provide the defendant's airfare from Medina, Tennessee to Boston, Massachusetts on May 4, 2016, and his return airfare to Medina, Tennessee at the conclusion of May 5, 2016 hearing or as soon thereafter as is practical, and subsistence not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).

                                            _____
                                            UNITED STATES DISTRICT JUDGE