UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 15-10322-PBS |
| | ) | |
| SHANE GUNN | ) | |

## MOTION TO EXTEND DATE OF VOLUNTARY SURRENDER

Defendant, Shane Gunn, respectfully moves this court to extend by six weeks - to July 7, 2016 - the date upon which he must report to the custody of the Bureau of Prisons ("BoP").  As reasons therefore, defendant states the following:

1. Gunn is currently under order to report on May 19, 2016. The United States Marshals Service ("USM") has informed Gunn that he has been designated to the Satellite Prison Camp at FCI Memphis.

2. As the Presentence Report documents, Gunn is married with two teenaged children. One of the children, his daughter, is a competitive gymnast. The Gunns elected to homeschool their daughter for the past academic year in order to facilitate her training regimen (which requires 26 hours a week) and competition schedule.  Gunn bears the responsibility for insuring that the homeschooling requirements are completed.

3.   Gunn's daughter's competitive gymnastics season ends
     shortly.  Once the season ends and his daughter's schedule
     permits, Gunn and his daughter must dedicate significant
     time to completing the academic year's requirements.
     Gunn's best estimate is that with persistence the
     coursework can be completed by early July.

4.   Gunn's wife Kelly is unable to immediately assume the
     homeschooling responsibilities that Gunn has borne over the
     past year because she is now, and will be for the next
     several years, the sole breadwinner for the family.
     Consequently, she must dedicate the vast bulk of her waking
     hours to running her business and cannot presently spend
     the time necessary to homeschool the couple's daughter.

5.   Defendant has been reporting to Pretrial Services in the
     Middle District of Tennessee as directed and is in full
     compliance with all of his conditions of release.  Should
     the Court allow this Motion, defendant will continue to
     report as directed until self-surrendering.

     Wherefore, defendant respectfully requests that the Court
extend the time for defendant's voluntary surrender to the BoP
for service of his sentence to July 7, 2016.

SHANE GUNN
By His Attorney,


/s/ Timothy Watkins
Timothy G. Watkins
Federal Defender Office
51 Sleeper St., Fifth Floor
Boston, MA  02210
Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

    I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 4, 2016.

/s/ Timothy G. Watkins
Timothy G. Watkins